UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA SOSA,

                      Plaintiff,

    -v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                     Defendant.
-----------------------------------------------------------X

21 **CIVIL** 2179 (ER)(JW)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 28, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings. On remand, the case will be assigned to an Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:**  New York, New York
         March 28, 2022

                                              RUBY J. KRAJICK

                                              **Clerk of Court**
                         **BY:**

                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022